**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Ronnie L. Douglas, Eric J. Douglas, Jacqueline Walker, Donna Harding, and Diane Brenda Spears, Appellants,

v.

Kevin Holmes, Respondent.

Appellate Case No. 2022-001600

Appeal From Beaufort County
R. Ferrell Cothran, Jr., Circuit Court Judge

Unpublished Opinion No. 2026-UP-087
Submitted January 2, 2026 – Filed February 25, 2026

**AFFIRMED**

Ronnie L. Douglas, of Hephzibah, Georgia, pro se; Eric J. Douglas, of Burton, pro se; Jacqueline Walker, of Beaufort, pro se; Donna Harding, of Charlotte, North Carolina, pro se; and Diane Brenda Spears, of Charlotte, North Carolina, pro se.

Samuel S. Svalina, of Svalina Law Firm, PA, of Beaufort; Laura Alliman Gregg, of Gregg Law Firm, LLC, of Beaufort; and Jacob Michael Hughes, of George Sink, PA Injury Lawyers, of Greenville, all for Respondent.

---

**PER CURIAM:**  Ronnie L. Douglas, Eric J. Douglas, Jacqueline Walker, Donna Harding, and Diane Brenda Spears (collectively, Appellants) appeal the circuit court's order granting summary judgment to Kevin Holmes.  On appeal, Appellants argue the circuit court erred in (1) granting summary judgment because there were issues of fact as to whether service was proper and (2) failing to find that attorneys did not receive notice of a damages and default hearing.  We affirm pursuant to Rule 220(b), SCACR.

The circuit court ruled both that a previous order from the master-in-equity that service was proper was controlling and that the action was untimely.  Because neither ruling has been challenged on appeal, these rulings are the law of the case. *See Jones v. Lott*, 387 S.C. 339, 346, 692 S.E.2d 900, 903 (2010) ("Under the two issue rule, where a decision is based on more than one ground, the appellate court will affirm unless the appellant appeals all grounds because the unappealed ground will become the law of the case."), *abrogated on other grounds by Repko v. County of Georgetown*, 424 S.C. 494, 818 S.E.2d 743 (2018); *Atl. Coast Builders & Contractors, LLC v. Lewis*, 398 S.C. 323, 329, 730 S.E.2d 282, 285 (2012) ("[A]n unappealed ruling, right or wrong, is the law of the case.").

**AFFIRMED.**[1]

**WILLIAMS, C.J., and THOMAS and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.